NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TERRY T. SMITH,

        Plaintiff,

        v.

SECRETARY OF VETERANS
AFFAIRS ERIC K. SHINSEKI, *et al.*

        Defendants.

No. CV11-03757 JFW (PLAx)

JUDGMENT

1    Having considered the Motion for Summary Judgment of defendant Eric K.

2    Shinseki, in his official capacity as Secretary of Veterans Affairs ("Defendant"), the

3    pleadings, prior Orders listed below and evidence presented in support of, and in

4    opposition to, the Motion for Summary Judgment, the Court finds as follows:

5    On May 2, 2011, plaintiff Terry T. Smith ("Plaintiff") filed this action under

6    Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000E-16 ("Title

7    VII"), against Eric K. Shinseki, in his official capacity as Secretary of Veterans Affairs

8    ("Defendant"), for claims arising from Plaintiff's former employment with the

9    Department of Veterans Affairs Greater Los Angeles Healthcare System ("VA").

10   Plaintiff also named ten individual VA employees as defendants and asserted claims

11   ranging from perjury to extortion against them.  Plaintiff subsequently voluntarily

12   dismissed the individual defendants.  (Doc. No. 14.)  Accordingly, the only remaining

13   defendant was Eric K. Shinseki.

14   On July 5, 2011, Defendant filed a motion to dismiss under Federal Rule of Civil

15   Procedure 41 on the grounds that Plaintiff's Complaint did not comply with Rule 8's

16   general pleading requirements.  (Doc. No. 8.)  On August 23, 2011, this Court granted

17   Defendant's motion with leave to amend.  (Doc. No. 19.)  Plaintiff filed the First

18   Amended Complaint ("FAC") on August 31, 2011, alleging three general claims under

19   Title VII: (1) disparate treatment as to a temporary reassignment in June 2008, a

20   temporary reassignment after his fight with Mr. Gode in November 2009 and his

21   subsequent termination, (2) hostile work environment, and (3) retaliation for his

22   participation in the EEO process.  (Doc. No. 21.)

23   On September 16, 2011, Defendant moved to dismiss Plaintiff's claim for

24   disparate treatment as to the temporary reassignment in June 2008, the hostile work

25   environment claim and the retaliation claim.  (Doc. No. 22.)  On November 3, 2011,

26   the Court granted Defendant's motion, dismissing these claims without leave to amend

27   and ordered Defendant to answer the remaining portions of the FAC.  (Doc. No. 23.)

28

1

On November 10, 2011, Defendant filed his Answer to the First Amended Complaint. (Doc. No. 27.)  Accordingly, the only claim remaining was Plaintiff's claim for disparate treatment as to his temporary reassignment in November 2009 and his termination.

On February 7, 2012, Defendant filed for summary judgment on these remaining claims.  (Doc. Nos. 28 & 31.)  Plaintiff filed a response on February 14, 2012.  (Doc. No. 30.)  On March 5, 2012, Defendant filed a reply in support of his Motion for Summary Judgment and objections to Plaintiff's evidence.  (Doc. Nos. 32 &33.)  Without seeking leave of Court, Plaintiff filed an unapproved additional response on March 2, 2012.  (Doc. No. 34.)  On March 15, 2012, the Court granted Defendant's Motion for Summary Judgment.  (Doc. No. 35.)

Accordingly, IT IS HEREBY ADJUDGED AND DECREED that judgment is hereby entered in favor of Defendant and against Plaintiff as to all claims in this action and all parties named in this action.

Dated: March 20, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


____/s/_____
SEKRET T. SNEED
Assistant United States Attorney

Attorneys for Defendant
ERIC K. SHINSEKI, in his official capacity
as Secretary of Veterans Affairs

2